**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>EXTREME REMODELERS OF<br>SARASOTA, LLC<br><br>　　　　Debtor(s). | Chapter 7<br><br>Case No. 8:12-bk-16134-KRM |
| DOUGLAS N. MENCHISE, AS<br>TRUSTEE FOR THE ESTATE OF<br>EXTREME REMODELERS OF<br>SARASOTA, LLC<br><br>　　　　Plaintiff<br><br>vs.<br><br>JAMES L. BUTLER and SHARON<br>A. BUTLER,<br><br>　　　　Defendants. | Adv. Pro. No. 8:15-ap-_____-KRM |

**COMPLAINT FOR DECLARATORY JUDGMENT,
ACCOUNTING, TURNOVER OF PROPERTY OF THE ESTATE,
AND RECOVERY OF FRAUDULENT AND PREFERENTIAL TRANSFERS**

Plaintiff, Douglas N. Menchise, as Chapter 7 Trustee for the estate of Extreme Remodelers of Sarasota, LLC (the "Trustee"), by and through his undersigned counsel and pursuant to 28 U.S.C. § 2201 and 11 U.S.C. §§ 541, 542, 544, 547, 548, 550 and 553, as well as other applicable law, hereby files this Complaint for Declaratory Judgment, Accounting, Turnover of Property of the Estate, and Recovery of Fraudulent and Preferential Transfers, against Defendants, as follows:

## JURISDICTION AND VENUE

1.      This adversary proceeding is governed by Title 11of the United States Code.

2.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334.

3.      This adversary proceeding is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

4.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      This Court has personal jurisdiction over the Defendants pursuant to Rule 7004(f) of the Federal Rules of Bankruptcy Procedure.

## GENERAL BACKGROUND

6.      On October 25, 2012, the Debtor, Extreme Remodelers of Sarasota, LLC d/b/a Paradise Homes of Sarasota (the "Debtor" or "Extreme Remodelers"), filed a Voluntary Petition for relief of its creditors under Chapter 7 of the United States Bankruptcy Code.  Christine Herendeen was originally appointed Chapter 7 Trustee in this case and In Re Paradise Lifestyle Center, LLC, Case No. 8:12-bk-16135-KRM ("Paradise Lifestyle"), a related bankruptcy, and, after her recusal due to a potential conflict between the debtor-corporations, Douglas N. Menchise was appointed Successor Chapter 7 Trustee in the above-styled case.

7.      Defendant, James L. Butler, is an owner, officer, manager or agent of the Debtor and is currently  a resident of Contra Costa County, California.

8.      Defendant, Sharon A. Butler, is an owner, officer, manager or agent of the

Debtor and is currently a resident of Contra Costa County, California.

9.      Defendants, James L. Butler and Sharon L. Butler, are insiders as defined by 11 U.S.C. §101(31).

**COUNT I**
**Request for an Accounting**

10.     The Trustee re-alleges and incorporates paragraphs 1-9 as if fully set forth herein.

11.     In order to accurately determine the scope of all transfers by or on behalf of the Debtor to or for the benefit of Defendants which are or should be the subject of this action, the Trustee will need and is entitled to an accounting of all transfers made to or for the benefit of the Defendants by or on behalf of the Debtor.

12.     The Trustee anticipates that such accounting will reveal additional transfers beyond those described herein and therefore reserves the right to amend this Complaint should facts be discovered pursuant to the accounting sought herein, or otherwise, which justify the assertion of additional avoidable preferences, payments, transfers and other claims, including but not limited to any and all claims arising under the Bankruptcy Code and/or any applicable state or federal law.

WHEREFORE, the Trustee requests that the Court enter judgment requiring the Defendants to provide the Trustee with the accounting requested herein, and awarding the Trustee such other and further relief as this Court deems just and appropriate.

## COUNT II
## Avoidance and Recovery of Preferential Transfers

13.     The Trustee re-alleges and incorporates paragraphs 1-9 as if fully set forth herein.

14.     This is an action against Defendants to avoid and recover preferential transfers pursuant to U.S.C. §§ 547(b) and 550.

15.     During the twelve (12) months preceding the Petition Date, the Debtor transferred to Defendants a total of at least $232,118.24 ("Preferential Transfers"). Document(s) evidencing the Preferential Transfers are attached hereto as Exhibit A.

16.     The Preferential Transfers were transfers of property of the Debtor.

17.     The Preferential Transfers were made to the Defendants on account of antecedent debts owed by the Debtor before such Preferential Transfers were made.

18.     The Preferential Transfers were made to or for the benefit of the Defendants.

19.     At the time of the Preferential Transfers, the Debtor was insolvent.

20.     The Preferential Transfers enabled Defendants to recover more than it would have received as a creditor if: (a) the case were a case under Chapter 7 of the Bankruptcy Code; (b) the Preferential Transfers had not been made; and (c) Defendants received payment of the debt to the extent provided by the provisions of the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests the entry of a judgment against Defendant:

a.     Avoiding the Preferential Transfers pursuant to 11 U.S.C. § 547 and avoiding all transfers by Debtors to Defendants in addition to those specifically

4

referred to in this Complaint, if any, which are avoidable under 11 U.S.C. § 547;

    b.    For the amount of the Preferential Transfers pursuant to 11 U.S.C. 550(a);

    c.    For interest from the date of the Preferential Transfers;

    d.    For all costs of this action;

    e.    Disallowing any and all claims by Defendants, or any amounts owed to Defendants according to Debtor's schedules, pursuant to 11 U.S.C. § 502(d) unless Defendants has returned to the estate the amount for which they are liable; and

    f.    For such other and further relief as the Court deems proper.

## COUNT III
## Avoidance of Fraudulent Transfer

21.    The Trustee re-alleges and incorporates paragraphs 1-9 as if fully set forth herein.

22.    This is an action against Defendants to avoid and recover fraudulent transfers pursuant to U.S.C. §§ 548 and 550.

23.    During the two (2) years preceding the Petition Date, the Debtor transferred to Defendants a total of at least $232,118.24 ("Fraudulent Transfers"). Document(s) evidencing the Fraudulent Transfers are attached hereto as Exhibit A.

24.    The Fraudulent Transfers were transfers of property of the Debtor.

25.    The Fraudulent Transfers were made to the Defendants without appropriate consideration.

26.    The Fraudulent Transfers were made to or for the benefit of the Defendants.

5

27.     At the time of the Fraudulent Transfers, the Debtor was insolvent.

28.     All conditions precedent to the bringing of this action have occurred or have been performed.

WHEREFORE, the Trustee respectfully requests the entry of a judgment against Defendant:

a.     Avoiding the Fraudulent Transfers pursuant to 11 U.S.C. § 548 and avoiding all transfers by Debtors to Defendants in addition to those specifically referred to in this Complaint, if any, which are avoidable under 11 U.S.C. § 548;

b.     For the amount of the Fraudulent Transfers pursuant to 11 U.S.C. 550(a);

c.     For interest from the date of the Fraudulent Transfers;

d.     For all costs of this action;

e.     Disallowing any and all claims by Defendants, or any amounts owed to Defendants according to Debtor's schedules, pursuant to 11 U.S.C. § 502(d) unless Defendants has returned to the estate the amount for which they are liable; and

f.     For such other and further relief as the Court deems proper.

**COUNT IV**
**Declaratory Relief**

29.     The Trustee hereby incorporated Paragraph 1-9  as if fully restated herein.

30.     This is an action by the Trustee for declaratory judgment as to the ownership of a 2006 Mercedes ML500 automobile.   Document(s) evidencing the Debtor's ownership of the 2006 Mercedes ML500 automobile are attached hereto as Exhibit B.

31.    There is a bona fide, actual, present and practical need for a declaration by this Court regarding the ownership of 2006 Mercedes ML500 automobile.

32.    The declarations requested herein deal with a present, ascertained or ascertainable state of facts, or a present controversy as to a state of facts.

33.    The declaratory relief sought would not amount to the giving of legal advice by this Court, nor would it answer questions propounded from curiosity.

34.    The Trustee's rights to the 2006 Mercedes ML500 automobile are dependent upon the facts or the law applicable to the facts.  Indeed, the relative rights of the parties hereto must be determined by this Court in order to enable the Trustee to administer the assets of the Debtor's estate.

WHEREFORE, the Plaintiff demands judgment against the Defendants declaring that the Trustee is the owner of the 2006 Mercedes ML500 automobile, free and clear of all liens and encumbrances held by any of the Defendants; (2) declaring that the Trustee's interest in the 2006 Mercedes ML500 automobile is superior to all of the Defendants; (3) declaring that the Trustee is the hypothetical bona fide purchaser or creditor; (4) awarding the Trustee reasonable attorneys' fees and costs; and (5) granting such other and further relief as this Court deems just and proper under the circumstances.

## COUNT V
## Turnover of Automobile

35.    The allegations contained in paragraphs 1-9  are realleged and incorporated herein by reference.

36.    This is an action against the Defendant, Sharon L. Butler, to recover property

of the estate pursuant to 11 U.S.C. §§ 542 and 550.

37.     The Debtor had an interest in a 2006 Mercedes ML500.  Document(s) evidencing the Debtor's ownership of the 2006 Mercedes ML500 automobile are attached hereto as Exhibit B.

38.     Upon information and belief, the Defendant, Sharon L. Butler is in possession of a 2006 Mercedes ML500 which is property of the bankruptcy estate.

39.     The value of the 2006 Lexus GS300 is $13,150.00.

WHEREFORE, the Plaintiff respectfully requests that this Court enter a judgment against the Defendant, Sharon L. Butler, or subsequent transferee, in favor of the Plaintiff, by directing the return to the Plaintiff of the 2006 Mercedes ML500, its proceeds or its equivalent value, and granting such further relief as the Court to the Plaintiff as the Court deems just and appropriate.

Dated:     April 23, 2015

        /s/     Douglas N. Menchise
DOUGLAS N. MENCHISE, ESQUIRE
Florida Bar No. 214965
2963 Gulf to Bay Blvd., Suite 300
Clearwater, Florida 33759
(727) 797-8384 / phone
(727) 797-8019 / fax
Dmenchise@verizon.net

# Exhibit "A"

2:41 PM

09/03/14

Accrual Basis

**Extreme Remodelers of Sarasota**
# General Ledger
### As of December 31, 2012

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|---------|
| Bill Pmt -Check | 09/13/2012 | 8219 | | United Electric | Progress payment | 10001 · Synovus C... | 4,446.65 | | -1,291,363.13 |
| Bill Pmt -Check | 09/14/2012 | 8220 | | First Choice Home... | | 10001 · Synovus C... | 3,925.00 | | -1,287,438.13 |
| Total 20000 · Accounts Payable | | | | | | | 7,755,133.39 | 8,108,889.56 | -1,287,438.13 |
| **24000 · LOC Due** | | | | | | | | | 0.00 |
| Total 24000 · LOC Due | | | | | | | | | 0.00 |
| **24001 · LOC - Butler Family Holdings** | | | | | | | | | 0.00 |
| General Journal | 05/25/2012 | DEP... | | | Deposit of LOC transfer (che... | 10001 · Synovus C... | | 200,000.00 | -200,000.00 |
| Check | 06/15/2012 | 7635 | | Butler, James - rei... | Loan draw repayment with $... | 10001 · Synovus C... | 200,000.00 | | 0.00 |
| Transfer | 06/15/2012 | | | | Funds Transfer | 10001 · Synovus C... | | 200,000.00 | -200,000.00 |
| Deposit | 07/03/2012 | 033022 | | | Advance from LOC for 159 J... | 10001 · Synovus C... | | 32,118.24 | -232,118.24 |
| Total 24001 · LOC - Butler Family Holdings | | | | | | | 200,000.00 | 432,118.24 | -232,118.24 |
| **24005 · Credit Cards Due** | | | | | | | | | 0.00 |
| Total 24005 · Credit Cards Due | | | | | | | | | 0.00 |
| **24010 · Refundable Deposits Received** | | | | | | | | | 0.00 |
| Total 24010 · Refundable Deposits Received | | | | | | | | | 0.00 |
| **25500 · Sales & Use Tax Payable** | | | | | | | | | 0.00 |
| Invoice | 01/05/2012 | 983 | | E11168B PH/Brow... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 984 | | E11195E PH/Coh... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 985 | | E11181S PH/Rivin... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 986 | | E91039B PH/St. J... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 987 | | E11189B PH/Teag... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 988 | | E10158B PH/Stalli... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/05/2012 | 989 | | E11178B PH/Naj... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/06/2012 | 990 | | E10164B PH/Hale... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/09/2012 | 991 | | E11194B PH/Gold... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/09/2012 | 992 | | PSwa12221B (Sw... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/10/2012 | 993 | | EGup11202S (Gu... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/10/2012 | 994 | | E11193B PH/Ruth... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/10/2012 | 995 | | EDie11214S (Diet... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/10/2012 | 996 | | PRei12222B (Reic... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/10/2012 | 997 | | PRei12222B (Reic... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 998 | | E11168B PH/Brow... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 999 | | E11194B PH/Gold... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 1000 | | E10161B PH/Mon... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 1001 | | E11193B PH/Ruth... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 1002 | | E10158B PH/Stalli... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/11/2012 | 1003 | | E11181S PH/Rivin... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/12/2012 | 1004 | | E11173B PH/Pols... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/12/2012 | 1005 | | E11183B PH/Pent... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/12/2012 | 1006 | | E11188P PH/Chal... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/12/2012 | 1043 | | E11178B PH/Naj... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/13/2012 | 1007 | | E11189B PH/Teag... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/13/2012 | 1008 | | E11183B PH/Pent... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |
| Invoice | 01/16/2012 | 1009 | | E11193B PH/Ruth... | Out-of-state sale, exempt fro... | 11000 · *Accounts ... | 0.00 | | 0.00 |

# Exhibit "B"

9:18 AM

09/04/14

Accrual Basis

# Extreme Remodelers of Sarasota
## Profit & Loss
### January through December 2012

|  | Jan - Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42600 · New Construction - Residential | 9,770,625.75 |
| 42601 · Renovations - Residential | 539,703.39 |
| 42605 · Renovations - Commerical | 5,036.00 |
| **Total Income** | 10,315,365.14 |
| **Cost of Goods Sold** | |
| 50200 · Contracted Labor | 398,664.49 |
| 50400 · Construction Materials Costs | 1,551,963.76 |
| 50450 · Cost of furniture sold | 11,400.84 |
| 50500 · Land for Construction Purchase | 92,191.71 |
| 50800 · Equipment/Trailer Rental - Jobs | 387.50 |
| 51900 · Permits and Plan Reviews | 261,640.26 |
| 53600 · Subcontractors Expense | 6,110,128.85 |
| 53900 · Engineering & Design | 109,401.01 |
| 54100 · Sales Commissions / Closing | 723,021.88 |
| 54500 · Direct Promotions / Sales Exp. | 19,170.00 |
| 54510 · Direct Project Interest | 8,699.47 |
| **Total COGS** | 9,286,669.77 |
| **Gross Profit** | 1,028,695.37 |
| **Expense** | |
| 55000 · Field Over-head | |
| 55003 · Jobsite Utilities | 6,599.02 |
| 55004 · Jobsite Telephone | -10.90 |
| 55010 · Jobsite Toilets | 6,345.05 |
| 55014 · Builder's Risk Insurance | 1,608.64 |
| 55015 · Misc. Other | 3,833.64 |
| 55016 · Dumpster & Trash Removal | 28,832.73 |
| 55017 · Final Clean | 22,944.50 |
| 55020 · Plan and Document Reproduction | 1,464.16 |
| **Total 55000 · Field Over-head** | 71,616.84 |
| 57000 · General & Administrative | |
| 57001 · Office Wages | 349,644.28 |
| 57003 · Payroll Taxes | -67,038.31 |
| 57004 · Benefits | 4,948.96 |
| 57005 · Training & Education | 17,207.01 |
| 57006 · Legal Fees | 96,166.50 |
| 57007 · Accounting Fees | 1,500.00 |
| 57008 · Consulting Fees | 98,245.10 |
| 57009 · Licenses | 112.07 |
| 57010 · GL Insurance | 31,583.81 |
| 57011 · Dues and Subscriptions | 2,074.87 |
| 57012 · Computer Software, HW, Support | 23,346.06 |
| 57013 · Office Supplies | 7,866.39 |
| 57014 · Office Postage & Delivery | 1,706.08 |
| 57015 · Forms/Printing | 1,402.17 |
| 57017 · Travel | 5,127.83 |
| 57018 · Bank Fees/Finance charges | 3,300.09 |
| 57020 · Charitable Contributions | 50.00 |
| 57022 · Non-capital Computer Purchase | 85.59 |
| 57025 · Shop Labor | 358.50 |
| 57026 · Supplies | 11,125.86 |
| 57028 · Surety Bonds | -2,026.00 |
| 57029 · Equipment and Tool Repair | 1,070.71 |
| **Total 57000 · General & Administrative** | 587,857.57 |

**Extreme Remodelers of Sarasota**
# Profit & Loss
**January through December 2012**

| | Jan - Dec 12 |
|---|---|
| **59000 · Marketing & Advertising** | |
| 59002 · Direct Mail | 734.02 |
| 59003 · Newspaper & Magazines | 3,462.43 |
| 59004 · Radio & Television | -5,595.00 |
| 59006 · Promotions, Site & Vehicle Ads | 17,808.43 |
| 59007 · Samples | 2,433.08 |
| 59008 · Brochures | 3,690.60 |
| 59009 · Business Cards | 767.17 |
| 59011 · Meals and Entertainment | 3,122.32 |
| 59012 · Operating expenses - St. James | 33,327.73 |
| 59013 · House Plan Design and Rendering | 25,082.83 |
| 59014 · General Sales Expense | 51,540.00 |
| 59015 · Operating expenses - StCharles | 40.00 |
| 59021 · Operating expenses - SanMichell | 36,902.72 |
| 59022 · Operating expenses - St William | 11,768.89 |
| 59023 · Operating expenses - St. Martin | 8,343.30 |
| **Total 59000 · Marketing & Advertising** | 193,428.52 |
| **60000 · Facility** | |
| 60001 · Rent Expense (3750) | 39,191.20 |
| 60002 · Utilities (3750) | 7,260.99 |
| 60003 · Telephone Expense (3750) | 14,139.98 |
| 60004 · Janitorial Expense | 7,743.20 |
| 60005 · Security | 324.96 |
| 60006 · Building Repairs & Maintenance | 1,447.77 |
| 60007 · Taxes - Property | 20,397.35 |
| 60012 · Landscaping Service | 4,303.40 |
| 60014 · Utilities (158) | 5,089.47 |
| 60015 · Telephone Expense (158) | 11,752.49 |
| 60020 · Rent (149 James Street) | 50,026.22 |
| 60030 · Dumpster Rental & Waste Removal | 3,518.21 |
| **Total 60000 · Facility** | 165,195.24 |
| **62000 · Vehicles / Fleet** | |
| 62001 · Vehicle Lease | 4,533.90 |
| 62002 · Vehicle Repair/Maintenance | 4,497.97 |
| 62003 · Fuel / Mileage | 21,434.98 |
| 62004 · Licenses & Registration | 329.85 |
| 62005 · Auto Insurance | 29,102.52 |
| **Total 62000 · Vehicles / Fleet** | 59,899.22 |
| 64700 · Miscellaneous Expense | 6,371.09 |
| 65000 · Indirect costs-uncompleted cont | 88,744.13 |
| 69800 · Uncategorized Expenses | 8,823.91 |
| 70000 · Warranty Expense | 7,997.97 |
| **Total Expense** | 1,189,934.49 |
| **Net Ordinary Income** | -161,239.12 |
| **Other Income/Expense** | |
| **Other Income** | |
| 70105 · Misc. Other Income | -8,328.51 |
| **Total Other Income** | -8,328.51 |
| **Other Expense** | |
| 80000 · Misc. Other Expense | 8,000.00 |
| 80001 · Interest Expense | 15,440.80 |
| 80005 · One Time Non-recurring Expense | 22,041.66 |
| **Total Other Expense** | 45,482.46 |
| **Net Other Income** | -53,810.97 |
| **Net Income** | **-215,050.09** |

OMB No. 1545-0172

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

### Depreciation and Amortization
### (Including Information on Listed Property)

G See separate instructions.    G Attach to your tax return.

**2011**

Attachment
Sequence No.  **179**

Name(s) shown on return
EXTREME REMODELERS OF SARASOTA LLC

Identifying number

Business or activity to which this form relates
Form 1065

**Part I**  Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2010 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2012. Add lines 9 and 10, less line 12     G 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2011 | 17 | 63,526. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here     G ☐ | | |

**Section B**   Assets Placed in Service During 2011 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only   see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | 1,883. | 3 | HY | 200DB | 628. |
| b 5-year property | | 8,528. | 5 | HY | 200DB | 1,706. |
| c 7-year property | | 91,011. | 7 | HY | 200DB | 13,005. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | 7/20/11 | 9,612. | 39 yrs | MM | S/L | 113. |
| | | | | MM | S/L | |

**Section C**   Assets Placed in Service During 2011 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 6,120. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations · see instructions | 22 | 85,098. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

Form 4562 (2011)    EXTREME REMODELERS OF SAROSOTA LLC ▬▬▬▬▬▬▬  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete *only* 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A** · Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24 a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No | 24b If 'Yes,' is the evidence written? [X] Yes [ ] No |
|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2011 FORD TR | 4/18/11 | 100.0 | 23,657. | 23,657. | 5.0 | 200DB HY | 3,060. | |
| 2006 MERCEDE | 5/24/11 | 100.0 | 22,030. | 22,030. | 5.0 | 200DB HY | 3,060. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 6,120. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | 0. |

**Section B** · Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C** · Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |
| Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles. | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2011 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2011 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

FDIZ0812L 05/20/11    Form 4562 (2011)

| 12/31/11 | | | 2011 Federal Depreciation Schedule | | | | | | | | | | Page 1 |

Client EXTREME — EXTREME REMODELERS OF SARASOTA LLC

10/01/12 — 05:36PM

Form 1065

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp Depr | Prior Dec. Bal. Depr | Salvage /Basis Reductn | Depr. Basis | Prior Depr | Method | Life | Rate | Current Depr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Auto / Transport Equipment** | | | | | | | | | | | | | | | | |
| 35 | 2011 FORD TRANSIT | 4/18/11 | | 23,657 | | | | | | | 23,657 | | 200DB HY | 5 | .20000 | 3,060 |
| 36 | 2005 MERCEDES | 5/24/11 | | 22,030 | | | | | | | 22,030 | | 200DB HY | 5 | .20000 | 3,060 |
| | Total Auto / Transport Equipment | | | 45,687 | | 0 | 0 | 0 | 0 | 0 | 45,687 | 0 | | | | 6,120 |
| **COMPUTERS** | | | | | | | | | | | | | | | | |
| 9 | COMPUTERS | 7/01/10 | | 7,528 | | | | | | | 7,528 | 1,506 | 200DB HY | 5 | .32000 | 2,409 |
| 14 | SOFTWARE | 7/01/10 | | 6,915 | | | | | | | 6,915 | 2,305 | 200DB HY | 3 | .44450 | 3,074 |
| | Total COMPUTERS | | | 14,443 | | 0 | 0 | 0 | 0 | 0 | 14,443 | 3,811 | | | | 5,483 |
| **Furniture and Fixtures** | | | | | | | | | | | | | | | | |
| 10 | FURN & FIX | 7/01/10 | | 2,182 | | | | | | | 2,182 | 312 | 200DB HY | 7 | .24490 | 534 |
| 11 | MODEL FURN | 7/01/10 | | 5,556 | | | | | | | 5,556 | 794 | 200DB HY | 7 | .24490 | 1,361 |
| 12 | MODEL FURN - ST. CHARLES | 7/01/10 | | 36,113 | | | | | | | 36,113 | 5,161 | 200DB HY | 7 | .24490 | 8,844 |
| 13 | MODEL FURN - ST VINCENT | 7/01/10 | 5/12/11 | 37,785 | | | | | | | 37,785 | 5,399 | 200DB HY | 7 | .24490 | 4,627 |
| 32 | FURNITURE | 6/22/11 | | 584 | | | | | | | 584 | | 200DB HY | 7 | .14290 | 83 |
| 33 | OFFICE CHAIR - RHONDA | 8/15/11 | | 160 | | | | | | | 160 | | 200DB HY | 7 | .14290 | 23 |
| 37 | MODEL FURN - SAN MICHELLE | 9/01/11 | | 35,027 | | | | | | | 35,027 | | 200DB HY | 7 | .14290 | 5,005 |
| 38 | MODEL FURN - ST WILLIAM | 9/30/11 | | 12,096 | | | | | | | 12,096 | | 200DB HY | 7 | .14290 | 1,729 |
| 39 | MODEL FURN - ST MARTIN | 12/07/11 | | 26,175 | | | | | | | 26,175 | | 200DB HY | 7 | .14290 | 3,740 |
| | Total Furniture and Fixtures | | | 155,678 | | 0 | 0 | 0 | 0 | 0 | 155,678 | 11,666 | | | | 25,946 |